UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD JERMAINE JACKSON,
No. 22096-041,

       Petitioner,

   v.

S. RUDOLPH,

       Respondent.

Case No. 26-cv-816-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Ronald Jermaine Jackson's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 (Doc. 1).  The petitioner is incarcerated at the Federal Correctional Institute at Greenville, Illinois, where the respondent is the warden.  The petitioner is challenging the validity of his sentence, not the fact or duration of his confinement.  As with Jackson's earlier § 2241 petitions, in light of *Jones v. Hendrix*, 599 U.S. 465 (2023), he may not use § 2241 to collaterally attack his sentence.

Jackson's claims have been repeatedly rejected as frivolous by courts in this district.  Then-Chief District Judge Nancy J. Rosenstengel warned Jackson that, as a sanction, future repetitive habeas corpus petitions would be deemed rejected, without the need for judicial action, 30 days after the petition is filed unless the court orders otherwise.  *Jackson v. Lillard*, No. 24-cv-2687-NJR, 2025 WL 1234150, at *3 (S.D. Ill. Apr. 29, 2025) (citing *Alexander v. United States*, 121 F.3d 312, 315 (7th Cir. 1997)).  Accordingly, the Court **DISMISSES with prejudice** Jackson's instant petition (Doc. 1) and **DIRECTS** the Clerk of Court to enter judgment accordingly.

Further, pursuant to District Judge David W. Dugan's April 29, 2025, order in *Jackson v.*

*Lillard*, No. 25-cv-542-DWD, the Court **ORDERS** that Jackson shall pay the Court $200.00 as a

sanction for filing this frivolous § 2241 petition.  The instructions for filing a notice of appeal

given in Judge Dugan's aforementioned order apply.

**IT IS SO ORDERED.**
**DATED:  July 16, 2026**

_____
**J. PHIL GILBERT**
**DISTRICT JUDGE**

2