UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD JERMAINE JACKSON,
No. 22096-041,

        Petitioner,

    v.

S. RUDOLPH,

        Respondent.

Case No. 26-cv-816-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Ronald Jermaine Jackson's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice, and that judgment is entered in favor of respondent S. Rudolph and against petitioner Ronald Jermaine Jackson.

DATED:  July 16, 2026

MONICA A. STUMP, Clerk of Court

_____
DEPUTY CLERK

Approved: _____
J. PHIL GILBERT
DISTRICT JUDGE